IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON BURNS,**                                                                      **PLAINTIFF**
*on behalf of Brianna Burns, a minor*

v.                              CASE NO. 4:24-CV-00238-BSM

**SEAN CALAWAY,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 17th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE